## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Gordon Lee Howard | | CHAPTER 7 |
| | Debtor | |
| | | |
| BANK OF AMERICA, N.A. | | |
| | Movant | |
| vs. | | NO. 18-15556 REF |
| | | |
| Gordon Lee Howard | | |
| | Debtor | |
| | | |
| Michael H. Kaliner Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

### ORDER

AND NOW, at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified with respect to the subject premises located at 219 West Ocean Avenue Villas, NJ 08251 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: October 3, 2018**

_____
United States Bankruptcy Judge.