BL9435235

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

IN RE:                                        :        Chapter: 7
GORDON LEE HOWARD                             :
                                              :
                                              :
                                              :        BANKRUPTCY NO: 18-15556


REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent and substituted for that of the creditor:


**State Farm Bank**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**


By: /s/ Elizabeth M. Redmond
_____
            Elizabeth M. Redmond, Claims Administrator
            Becket & Lee LLP
            POB 3001
            Malvern, PA 19355-0701


            Date:    11/13/2018